# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.                                                 D.C. No. 2:06-cr-0108-MCE

PETER PAUL WHITTINGTON,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
            (**X**) Ad Prosequendum                                         ( ) Ad Testificandum.

Name of Detainee:     PETER PAUL WHITTINGTON

Detained at (custodian):     CALIFORNIA STATE PRISON, SOLANO

Detainee is:    a.)    (X) charged in this district by:
                      ( X ) Indictment               ( ) Information             ( ) Complaint
                      Charging Detainee With:     18 U.S.C. § 922(g)(1)
  or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ( ) return to the custody of detaining facility upon termination of proceedings
  or    b.)    (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
                    is currently being served at the detaining facility

*Appearance is necessary* FORTHWITH *in the Eastern District of California.*

                        Signature: /s/ William S. Wong
                        Printed Name & Phone No: (916) 554-2700
                        Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
            (**X**) Ad Prosequendum                                         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

1/29/07                                                     /s/ Gregory G. Hollows
Date                                                      GREGORY G. HOLLOWS,
                                                      United States District/Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | | | Male |
| Booking or CII #: | A11123436; CDC # T-70952 | DOB: | 11/02/1973 |
| Facility Address: | California State Prison, Solano | Race: | |
| | 2100 Peabody Road, Vacaville, CA 95696 | FBI #: | 326710AB2 |
| Facility Phone: | (707) 451-0182, ext. 5051; Fax: 707-454-3221 | | |
| Currently Incarcerated For: | | | |

---

### RETURN OF SERVICE

Executed on _____ by _____                           _____
                                                                                                 (Signature)