DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER PAUL WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0108-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| PETER PAUL WHITTINGTON, ) | Date: April 3, 2007 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of February 27, 2007 be vacated and a status conference be set for April 3, 2007 at 8:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 3, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon

continuity of counsel and defense preparation.

Dated:   February 22, 2007

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender


                /s/ Dennis S. Waks
                _____
                DENNIS S. WAKS
                Supervising Assistant Federal
                Defender
                Attorney for Defendant
                PETER PAUL WHITTINGTON

Dated:   February 22, 2007

                MCGREGOR W. SCOTT
                United States Attorney

                /s/ Dennis S. Waks for
                _____
                WILLIAM WONG
                Assistant U.S. Attorney

            O R D E R

IT IS SO ORDERED.

Dated: February 27, 2007

                _____
                MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE