DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER PAUL WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-00108-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| PETER PAUL WHITTINGTON, | ) Date:  May 8, 2007 |
| Defendants. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of April 3, 2007 be vacated and a status conference be set for May 8, 2007, at 8:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 8, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon

continuity of counsel and defense preparation.

Dated:  March 30, 2007

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Dennis S. Waks
                                       _____
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal Defender
                                       Attorney for Defendant
                                       PETER PAUL WHITTINGTON

Dated:  March 30, 2007

                                       MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Dennis S. Waks for
                                       _____
                                       WILLIAM WONG
                                       Assistant U.S. Attorney

                          O R D E R

IT IS SO ORDERED.

Dated: April 4, 2007

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE