DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER PAUL WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-00108-MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| PETER PAUL WHITTINGTON, ) | Date:  June 14, 2007 |
| Defendants. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of May 3, 2007 be vacated and a status conference be set for June 14, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  May 1, 2007

                      Respectfully submitted,

                      DANIEL J. BRODERICK
                      Federal Defender

                      /s/ Dennis S. Waks
                      _____
                      DENNIS S. WAKS
                      Supervising Assistant Federal Defender
                      Attorney for Defendant
                      PETER PAUL WHITTINGTON

Dated:  May 1, 2007

                      MCGREGOR W. SCOTT
                      United States Attorney

                      /s/ Dennis S. Waks for
                      _____
                      WILLIAM WONG
                      Assistant U.S. Attorney

                O R D E R

IT IS SO ORDERED.

Dated: May 2, 2007

                      _____
                      MORRISON C. ENGLAND, JR.
                      UNITED STATES DISTRICT JUDGE