1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PETER PAUL WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00108-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| PETER PAUL WHITTINGTON, | ) | Date:  July 19, 2007 |
| | ) | Time:  9:00 a.m. |
| Defendants. | ) | Judge: Hon. Morrison C. England |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of June 14, 2007 be vacated and a status conference be set for July 19, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

     Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 12, 2007

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS
                                      Supervising Assistant Federal Defender
                                      Attorney for Defendant
                                      PETER PAUL WHITTINGTON

Dated:  June 12, 2007

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Dennis S. Waks for

                                      _____
                                      WILLIAM WONG
                                      Assistant U.S. Attorney

                            O R D E R

IT IS SO ORDERED.

 Dated: June 14, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE