DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER PAUL WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00108-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| PETER PAUL WHITTINGTON, | Date: August 30, 2007 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of July 19, 2007 be vacated and a status conference be set for August 30, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 30, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 17, 2007

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              PETER PAUL WHITTINGTON

Dated: July 17, 2007

                              MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Dennis S. Waks for
                              _____
                              WILLIAM WONG
                              Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: July 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2