1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PETER PAUL WHITTINGTON

6

7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    ) No. 2:06-cr-00108-MCE
                                )
12           Plaintiff,          )
                                ) STIPULATION AND ORDER
13      v.                       )
                                )
14 PETER PAUL WHITTINGTON,      ) Date:  September 27, 2007
                                ) Time:  9:00 a.m.
15           Defendants.         ) Judge: Hon. Morrison C. England
                                )
16 _____ )

17

18     It is hereby stipulated and agreed to between the United States of
19 America though William Wong, Assistant U.S. Attorney and defendant,
20 PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks,
21 Supervising Assistant Federal Defender, that the status conference of
22 August 30, 2007 be vacated and a status conference be set for September
23 27, 2007, at 9:00 a.m.
24     This continuance is being requested because defense counsel
25 requires additional time to review discovery, continue our
26 investigation, and to interview our client and other witnesses.
27 ///
28 ///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 27, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 23, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks

_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
PETER PAUL WHITTINGTON

Dated:  August 23, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for

_____
WILLIAM WONG
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

 Dated: August 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2