```
 1  DANIEL J. BRODERICK, Bar #89414
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PETER PAUL WHITTINGTON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. No. 2:06-cr-00108-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| PETER PAUL WHITTINGTON, ) | Date:  January 10, 2008 |
| ) | Time:  9:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of December 6, 2007 be vacated and a status conference be set for January 10, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses. Furthermore, counsel for the government is finishing a jury trial which lasted nearly two months.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 10, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   December 3, 2007

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender


        /s/ Dennis S. Waks
        _____
        DENNIS S. WAKS
        Supervising Assistant Federal
        Defender
        Attorney for Defendant
        PETER PAUL WHITTINGTON

Dated:   December 3, 2007

        MCGREGOR W. SCOTT
        United States Attorney

        /s/ Dennis S. Waks for
        _____
        WILLIAM WONG
        Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: December 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE