DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER PAUL WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00108-MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| PETER PAUL WHITTINGTON, | ) ) | Date: February 7, 2008 Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of January 10, 2008 be vacated and a status conference be set for February 7, 2008, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses. Furthermore, counsel for the government just completed a jury trial which lasted nearly two months.

     Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 7, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  January 8, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        PETER PAUL WHITTINGTON

Dated:  January 8, 2008

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Dennis S. Waks for
                                        _____
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

                        O R D E R

IT IS SO ORDERED.

 Dated: January 8, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2