1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PETER PAUL WHITTINGTON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) No. 2:06-cr-00108-MCE
                                )
13              Plaintiff,      )
                                ) STIPULATION AND ORDER
14      v.                      )
                                )
15 PETER PAUL WHITTINGTON,      ) Date:  March 6, 2008
                                ) Time:  9:00 a.m.
16              Defendant.      ) Judge: Hon. Morrison C. England
                                )
17 _____)

18      It is hereby stipulated and agreed to between the United States of

19 America though William Wong, Assistant U.S. Attorney and defendant,

20 PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks,

21 Supervising Assistant Federal Defender, that the status conference of

22 February 7, 2008 be vacated and a status conference be set for

23 March 6, 2008 at 9:00 a.m.

24      This continuance is being requested because defense counsel

25 requires additional time to review discovery, to conduct ongoing

26 investigation, and to interview our client and other witnesses.

27 ///

28 ///

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for March 6, 2008,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
4  continuity of counsel and defense preparation.

Dated:  February 4, 2008

              Respectfully submitted,

              DANIEL J. BRODERICK
              Federal Defender


              /s/ Dennis S. Waks
              _____
              DENNIS S. WAKS
              Supervising Assistant Federal
              Defender
              Attorney for Defendant
              PETER PAUL WHITTINGTON


Dated:  February 4, 2008

              MCGREGOR W. SCOTT
              United States Attorney

              /s/ Dennis S. Waks for
              _____
              WILLIAM WONG
              Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated: February 5, 2008

              _____
              MORRISON C. ENGLAND, JR.
              UNITED STATES DISTRICT JUDGE