```
 1  DANIEL J. BRODERICK, Bar #89414
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PETER PAUL WHITTINGTON
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. 2:06-cr-00108-MCE
                                   )
13                 Plaintiff,      )
                                   )  STIPULATION AND ORDER
14       v.                        )
                                   )
15  PETER PAUL WHITTINGTON,        )  Date:  March 27, 2008
                                   )  Time:  9:00 a.m.
16                 Defendant.      )  Judge: Hon. Morrison C. England
                                   )
17  _____   )
```

18       It is hereby stipulated and agreed to between the United States of

19  America though William Wong, Assistant U.S. Attorney and defendant,

20  PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks,

21  Supervising Assistant Federal Defender, that the status conference of

22  March 6, 2008 be vacated and a status conference be set for

23  March 27, 2008 at 9:00 a.m.

24       This continuance is being requested because defense counsel

25  requires additional time to review discovery, to conduct ongoing

26  investigation, and to interview our client and other witnesses.

27       Speedy trial time is to be excluded from the date of this order

28  through the date of the status conference set for March 27, 2008,

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  March 4, 2008

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Dennis S. Waks
                                              _____
                                              DENNIS S. WAKS
                                              Supervising Assistant Federal Defender
                                              Attorney for Defendant
                                              PETER PAUL WHITTINGTON

Dated:  March 4, 2008

                                              MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Dennis S. Waks for
                                              _____
                                              WILLIAM WONG
                                              Assistant U.S. Attorney

## O R D E R

IT IS SO ORDERED.

 Dated: March 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2