DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER PAUL WHITTINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00108-MCE |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| PETER PAUL WHITTINGTON, | Date:  April 10, 2008 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though William Wong, Assistant U.S. Attorney and defendant, PETER PAUL WHITTINGTON, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of March 27, 2008 be vacated and a status conference be set for April 10, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, to conduct ongoing investigation, and to interview our client and other witnesses.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 10, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 26, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
PETER PAUL WHITTINGTON

Dated: March 26, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for
_____
WILLIAM WONG
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE