UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br>PETER WHITTINGTON,<br><br>       Defendant.<br>_____/ | Case No. 2:06-cr-00108<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

    This is to authorize and direct you to release PETER WHITTINGTON, Case No. 2:06-cr-00108, from custody for the following reasons:

    \_\_\_\_    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $\_\_\_\_

    \_\_\_\_    Unsecured Appearance Bond

    \_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_    Appearance Bond with Surety

    \_\_\_\_    Corporate Surety Bail Bond

    \_X\_    (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on March 2, 2012.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE